**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com

**OFFICE OF THE COUNTY COUNSEL
COUNTY OF BUTTE**
Brad J. Stephens, SBN 212246
25 County Center Drive, Suite 210
Oroville, CA 95965
TEL: 530.538.7621
FAX: 530.538.6891
EMAIL: bstephens@buttecounty.net

Attorneys for Defendants
COUNTY OF BUTTE AND DEPUTY CHARLES LAIR
*Exempt from Filing Fee Pursuant to Government Code section 6103*

**UNITED STATES DISTRICT OF CALIFORNIA
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMANTHA KALSO, | **Case No. 2:24-cv-00432-DAD-JDP (PC)** |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS COUNTY OF BUTTE AND DEPUTY CHARLES LAIR TO FILE A RESPONSIVE PLEADING TO PLAINTIFF SAMANTHA KALSO'S COMPLAINT; AND [PROPOSED] ORDER** |
| vs. | |
| COUNTY OF BUTTE, DEPUTY CHARLES LAIR, and DOES 1 to 5, | |
| Defendants. | |
| _____/ | Complaint filed: 2/7/24 |

4867-7543-6876, v. 1

1

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS COUNTY OF BUTTE AND DEPUTY CHARLES LAIR TO FILE A RESPONSIVE PLEADING TO PLAINTIFF SAMANTHA KALSO'S COMPLAINT; AND [PROPOSED] ORDER

Plaintiff SAMANTHA KALSO ("Plaintiff") and Defendants COUNTY OF BUTTE and DEPUTY CHARLES LAIR ("Defendants") (Plaintiff and Defendants collectively referred to as "the Parties"), by and through their counsel of record, hereby STIPULATE as follows:

1. The Parties have been engaging in good faith settlement discussions to try to resolve the case before Defendants have to expend the time and resources on a responsive pleading.
2. The settlement discussions have been productive and are ongoing.
3. Plaintiff is currently incarcerated, which complicates Plaintiff's counsel's ability to communicate with her efficiently. As a result, settlement negotiations are taking longer than typical.
4. Given the foregoing, the Parties agree there is good cause to extend the deadline for Defendants to file a responsive pleading by another 21 days. This will make the responsive pleading due July 16, 2024.
5. This extension will exceed the twenty-eight (28) days allowed under Eastern District Local Rule 144(a), and thus approval by the Court is required. The Parties have included with this stipulation a proposed order.  This is the second stipulation for an extension of time between the Parties.

**IT IS SO STIPULATED.**

Dated:   June 25, 2024                           PORTER SCOTT
                                                 A PROFESSIONAL CORPORATION


                                                 By:   /s/ *William E. Camy*
                                                           William E. Camy



                                                 ROBERT CHALFANT LAW, PC


Dated:  June 27, 2024                            By   /s/ *Robert Chalfant*
                                                        Robert Chalfant

4867-7543-6876, v. 1                    2
STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS COUNTY OF BUTTE AND DEPUTY CHARLES LAIR TO FILE A RESPONSIVE PLEADING TO PLAINTIFF SAMANTHA KALSO'S COMPLAINT; AND [PROPOSED] ORDER

**[PROPOSED] ORDER**

Having reviewed the foregoing stipulation, and good cause appearing, the Court hereby ORDERS as follows: The deadline for Defendants to file a responsive pleading shall be extended for an additional 21 days. The new deadline for the responsive pleading shall be July 16, 2024.

IT IS SO ORDERED.

Dated:   June 27, 2024                              _____
                                                    JEREMY D. PETERSON
                                                    UNITED STATES MAGISTRATE JUDGE